UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brittany Collet, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11088-DRH |
| *Stephanie Haney, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10131-DRH |
| *Carrie Hudson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10507-DRH |
| *Tara Snyder, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13232-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal that have been filed to date in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
      **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.01 15:08:37 -05'00'

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT